**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01188-CV

**HENRY S. MILLER COMMERCIAL COMPANY, Appellant**

**V.**

**NEWSON, TERRY & NEWSOM, LLP, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-1306**

## ORDER

We **GRANT** the parties' July 28, 2015 joint motion to file their respective reply briefs.

The parties shall file their reply briefs by **AUGUST 24, 2015**.


/s/      ELIZABETH LANG-MIERS
JUSTICE